# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 MAR 29 PM 2: 24

OFFICE OF THE CLERK

## PRO SE CIVIL COMPLAINT

Case No. 8:11CV111

(the court will assign a number)

---

**I.    CASE CAPTION:    Parties to this Civil Action:**

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A.    Plaintiff(s) Name(s):          Address(es):          Telephone No. (only if you are **NOT** a prisoner)

Xiong Kee          12 W. Pleasantview Ct
                   Appleton, WI. 599453530          402-571-8267

Bauermeister, Michael S.    P.O. Box 642363
Shareholder of the company   Omaha, NE 68164

B.    Defendant(s) Name(s):          Address(es) If known:

Xiong Kee (President of Hmong Satellite TV, Inc.   12 W. Pleasantview Ct
                                                    Appleton, WI 599

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.    **When** did the events occur?

_Over past couple month._

B.    **What** happened?

_Commit white collar crime toward the company_

**II. STATEMENT OF CLAIM(S)** (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

_____ Claim arises under the Constitution, laws or treaties of the United States

_____ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

__X__ Other basis for jurisdiction in federal court (explain below)

White Collar Crimes

## IV.   STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

I am the shareholder

## V.   RELIEF

State briefly what you want the court to do for you.

Company haven't solve the problem on it own

## VI.   EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes _____          No ____X____

B.   If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Between two states and com done federal axion

**VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):**

JURY _____          JUDGE ___✗_____

**VIII.   VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:          Signature(s) of Plaintiff(s):

3/29/2011          _Michael Baum_

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF
YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO
PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who
wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to
proceed in forma pauperis.**